TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Rm. 253, #9
Anchorage, Alaska  99513
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br><br><br>JAMES E. VANDEBUNTE, III,<br><br>          Defendant. | No. J<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. 18 U.S.C. §§ 922(g)(1), 924(a)(2)<br><br>COUNT 2:<br>CRIMINAL FORFEITURE<br>  Vio. 18 U.S.C. § 924(d)(1) |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about July 29, 2005, in the District of Alaska, the defendant, JAMES EDWARD VANDEBUNTE, III, did knowingly possess in or affecting commerce, a firearm, to wit: a Colt, Double Eagle, .38 caliber revolver, serial number DP01485,

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year:

All of which is in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

As a result of committing the offense alleged in Count 1 of the Indictment, and upon conviction of one or more of the above counts, offense punishable by imprisonment for more than one year, defendant shall forfeit to the United States all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one Colt, Double Eagle, .38 caliber revolver, serial number DP01485, pursuant to Title 18, United States Code, Section 924(d)(1).

A TRUE BILL.

                                                S/ Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

S/ David A. Nesbett
DAVID A. NESBETT
Special Assistant United States Attorney

S/ Deborah Smith for
TIMOTHY M. BURGESS
United States Attorney

12/13/05
DATE