IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| In the Matter of | ) | Case No. 1:05-cr-091-(JWS) |
| | ) | |
| JAMES VANDEBUNTE, | ) | PROPOSED ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus | ) | |
| | ) | |

On the Petition of David A. Nesbett, Special Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring JAMES VANDEBUNTE, now being held at the Lemon Creek Correctional facility in Juneau, before this court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. James Vandebunte, Case No. 1:05-cr-091-(JWS), for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this _____ day of January, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE