TIMOTHY M. BURGESS
United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No.   1:05-cr-011-JWS |
| ) | |
| JAMES VANDEBUNTE, ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

JAMES VANDEBUNTE, who is imprisoned by the State of Alaska

Department of Corrections, at the Lemon Creek Correctional Facility in Juneau, is

a defendant in a certain cause now pending before this court, to wit: United States

of America v. James Vandebunte, Case No. 1:05-cr-011-JWS, which is necessary

to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be

instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in

Juneau, Alaska for the hearing, as well as further proceedings, and to be returned to

the State of Alaska Department of Corrections.


TIMOTHY M. BURGESS
United States Attorney



DATED: January 10, 2006          s/ David A. Nesbett
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room
253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075