**FILED**

JAN 11 2006

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. JAMES E. VANDEBUNTE III CASE NO. J05-011 CR (JWS)
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:     PHILIP M. PALLENBERG, MAGISTRATE JUDGE

DEPUTY CLERK/RECORDER:    KEITHA J. KOLVIG, 907.586.7458

UNITED STATES' ATTORNEY: DAVID NESBIT*

U.S.P.O.:                 CHRIS LIEDIKE*

PROCEEDINGS: ARRAIGNMENT                HELD JANUARY 10, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 3:13 p.m. court convened.

_X_ Copy of Indictment given to defendant.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Status of Counsel/Arraignment/Detention Hearing set for
**Friday, January 13, 2006, at 1:30 p.m. at Juneau.**

_X_ Order of Temporary Detention Pending Hearing Pursuant to Bail
Reform Act **signed.**

At 3:22 p.m. court adjourned.

DATE: January 10, 2006         DEPUTY CLERK'S INITIALS: KJK