AO 470 (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT
## District of Alaska

**FILED**
JAN 11 2006
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JAMES E. VANDEBUNTE III<br><br>_____<br>*Defendant* | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**<br><br>Case Number:  J05-011 CR (JWS) |

Upon motion of the _____government_____, it is ORDERED that a detention hearing is set __1/13/2006__ *Date* * at __1:30 pm__ *Time*

before _____PHILIP M. PALLENBERG_____
*Name of Judicial Officer*

_____JUNEAU, ALASKA_____
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
*Other Custodial Official*

Date: __1/10/2006__          _____[signature]_____

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.