AO 442 (Rev. 12/85) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
ALASKA
2005 DEC 14 PM 3:01

RECEIVED
JAN 12 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

JAMES E. VANDEBUNTE, III

**WARRANT FOR ARREST**

CASE NUMBER: J05-0011 CR (JWS)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JAMES E. VANDEBUNTE, III and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(g)(1) and 924(a)(2) - FELON IN POSSESSION OF A FIREARM - Count 1
18:924(d)(1) - CRIMINAL FORFEITURE - Count 2

in violation of Title  United States Code, Section(s)

| | |
|---|---|
| Ida Romack | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| by *Pamela R. Puhti* Deputy Clerk | December 14, 2005 at Anchorage, Alaska |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ to be determined

by  Magistrate Judge Philip Pallenberg

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _Juneau, AK on writ._

| DATE RECEIVED 12/14/05 | NAME AND TITLE OF ARRESTING OFFICER Randy M. Johnson US Marshal | SIGNATURE OF ARRESTING OFFICER by: *Rochelle Fredike* |
|---|---|---|
| DATE OF ARREST 1/10/06 | | |