LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | | |
| JAMES E. VANDEBUNTE, III | ) | **ENTRY OF APPEARANCE** |
| | ) | |
| Defendant. | ) | Case No. J05-00011-CR (JWS) |
| _____ | ) | |

   COMES NOW Louis James Menendez, Esq., Menendez Law Offices, 227 Seventh Street, Juneau, Alaska 99801, telephone number (907)586-5996, and enters his appearance on behalf of the Defendant above-named.

   RESPECTFULLY SUBMITTED at Juneau Alaska, this 19th day of January 2006.


_____
                              Louis James Menendez
                              Attorney for Defendant

I certify that a true and
correct copy of the foregoing
was served on David A. Nesbett
counsel of record for
the government, via electronic filing
on the 23 day of January 2006 to
the following location:

David A. Nesbett
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224