LOUIS JAMES MENENDEZ, ESQ.
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES E. VANDEBUNTE, III | ) | **NOTICE OF INTENT** |
| | ) | **TO CHANGE PLEA** |
| Defendant. | ) | |
| | ) | Case No. 1:05-cr-00011 (JWS) |
| _____ | ) | |

COMES NOW the defendant Jams E. Vandebunte, III, by and through his attorney, Louis James Menendez, and notices the court and the government of his intent to change his plea in the above-captioned case. Undersigned counsel will be out of Alaska from March 18 — April 2, 2006. On April 4, 2006, at 9:30 a.m., in the United States District Court, at Juneau, undersigned counsel will appear at the sentencing in United States of America v. Joseph R. Junker (Case No. 1:05-cr-003 (JWS)). Undersigned counsel would be available at anytime for a change of plea in the Vandebunte case on April 4, 2006, in Juneau.

RESPECTFULLY SUBMITTED at Juneau Alaska, this 15th day of March 2006.

        S/Louis James Menendez

        _____
        Louis James Menendez
        227 Seventh Street
        Juneau, Alaska 99801
        Telephone: 907/586-5996
        Facsimile: 907/586-2206
        ljmak@ptialaska.net
        AK Bar #7811118

I certify that a true and correct copy of the foregoing was served on David A. Nesbett counsel of record for the government, via electronic filing on the 15 day of March 2006 to the following location:

David A. Nesbett
Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez
_____
Louis James Menendez