**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *JAMES E. VANDEBUNTE, III*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-cr-00011 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: March 16, 2006

The court will conduct a proposed change of plea proceeding at **10:30 AM** on **April 4, 2006**, in Juneau, Alaska. The final pre-trial conference and trial dates are hereby **VACATED**.