LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **UNOPPOSED MOTION** |
| vs. ) | **TO CHANGE DATE** |
| ) | **AND LOCATION OF** |
| ) | **SENTENCING** |
| JAMES E. VANDEBUNTE, III ) | |
| ) | |
| Defendant. ) | Case No. 1:05-cr-00011 |
| ) | (JWS) |
| _____ ) | |

COMES NOW Louis James Menendez, Esq., on behalf of the Defendant above-named and respectfully moves this Court to reschedule sentencing for a date after July 10, 2006, in Anchorage, Alaska.  Defense counsel is scheduled for trial in another matter and is unavailable the week of July 17, 2006.  This motion is unopposed by David A. Nesbett, the assigned Assistant United States Attorney.

RESPECTFULLY SUBMITTED at Juneau Alaska, this 19th day of April 2006.

S/Louis James Menendez

_____

Louis James Menendez
227 7th Street
Juneau, Alaska 99801
Telephone: 907/ 586-5996
FAX: 907/586-2206
ljmak@ptialaska.net
ABA # 7811118

I certify that a true and
correct copy of the foregoing
was served on David A. Nesbett
counsel of record for
the government, via facsimile
on the 19th day of April 2006 to
the following location:

Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez
_____
Louis James Menendez