LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff,    )<br>    )  **UNOPPOSED MOTION**<br>    vs.    )  **TO CHANGE DATE**<br>    )  **AND LOCATION**<br>JAMES E. VANDEBUNTE, III )<br>    )<br>    Defendant.    )   Case No. 1:05-cr-011<br>    )        (JWS)<br>_____ ) | |

COMES NOW Louis James Menendez, Esq., on behalf of the Defendant above-named and respectfully moves this Court to reschedule sentencing for a date after July 10, 2006, in Anchorage, Alaska.  Defense counsel is scheduled for trial in another matter and is unavailable the week of July 17, 2006.  This motion is unopposed by David A. Nesbett, the assigned Assistant United States Attorney.

RESPECTFULLY SUBMITTED at Juneau Alaska, this 19th day of April 2006.

```
                                        S/Louis James Menendez

     _____     Louis James Menendez
                                        227 7th Street
                                        Juneau, Alaska 99801
                                        Telephone: 907/ 586-5996
                                        FAX: 907/586-2206
                                        ljmak@ptialaska.net
                                        ABA # 7811118
```

I certify that a true and correct copy of the foregoing was served on David A. Nesbett counsel of record for the government, via facsimile on the 19th day of April 2006 to the following location:

Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez
_____
Louis James Menendez