LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF FILING** |
| ) | **ORDER TO CHANGE** |
| ) | **DATE AND LOCATION** |
| JAMES E. VANDEBUNTE, III ) | **OF SENTENCING** |
| ) | |
| Defendant. ) | Case No. J05-00011-CR (JWS) |
| _____ ) | |

COMES NOW Louis James Menendez, Esq, on behalf of the Defendant above-named, and files this notice of filing an order to change date and location of sentencing

RESPECTFULLY SUBMITTED at Juneau Alaska, this 2oth day of April 2006.

                                              S/Louis James Menendez
                                              _____
                                              Louis James Menendez
                                              Attorney for Defendant
                                              227 7th Street
                                              Juneau, Alaska 99801
                                              Telephone: 907/ 586-5996
                                              FAX: 907/586-2206
                                              ljmak@ptialaska.net
                                              ABA # 7811118

I certify that a true and
correct copy of the foregoing
was served on David A. Nesbett
counsel of record for
the government, via facsimile
on the 20 day of April 2006 to
the following location:


Assistant United States Attorney
Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez
_____
Louis James Menendez