IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER CHANGING** |
| | ) | **DATE AND LOCATION** |
| JAMES E. VANDEBUNTE, III | ) | **OF SENTENCING** |
| | ) | |
| Defendant. | ) | Case No. J05-00011-CR |
| (JWS) | | |
| _____ | ) | |

The above-referenced matter had been set on for

sentencing to commence on June 23, 2006, at 9:30 a.m.,

before Judge John W. Sedwick at Juneau.  This matter is now

RESCHEDULED for sentencing on _____, at

_____a.m./p.m., at Anchorage, Alaska.

SO ORDERED this ____ day of April, 2006, at Anchorage,

Alaska.

_____
Chief Judge John W. Sedwick
United states District Court