**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*   v.   *JAMES E. VANDEBUNTE, III*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 1:05-cr-00011 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: April 26, 2006

    Defendant's unopposed motion at docket 18 to continue the sentencing proceeding to a later date and to move it from Juneau to Anchorage is **GRANTED** as follows: The sentencing proceeding in this case will be at **8:30 AM** on **July 26, 2006**, in Courtroom 3 in Anchorage, Alaska.