LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff,    )<br>    )<br>    vs.    )<br>    )<br>JAMES E. VANDEBUNTE, III    )<br>    )<br>    Defendant.    )<br>(JWS)<br>_____ ) | **NON-OPPOSED MOTION ON**<br>**ON SHORTENED TIME**<br>**TO RESHEDULE SENTENCING**<br><br>Case No. 1:05-cr-0011 |

COMES NOW Louis James Menendez, Esq, on behalf of the Defendant above-named, and moves on shortened time for this Court to reschedule sentencing in above-captioned case from July 26, 2006, to a time during the week of July 10, 2006, or any date in August 2006.  Sentencing is currently scheduled for July 26, 2006, in Anchorage.  That date conflicts with undersigned counsel's personal calendar. Undersigned counsel was born and raised in Monterey, California. For the past 40 years undersigned's parents have planned outings once a year for the family at the same oceanside hotel in Santa Cruz, California. The purpose of which was to insure that entire family would be

together at least once a year.  Again, this annual summer tradition has continued for more than forty years. With the passage of time, the gathering has increased considerably with the addition of wives, husbands, nieces, nephews, and grandchildren. The 2006 gathering is scheduled from July 22 — 29, 2006.  The sentencing in this case falls squarely within that time frame. David A. Nesbett, the assigned prosecutor, does not oppose this motion.

    RESPECTFULLY SUBMITTED at Juneau Alaska, this 5th day of May 2006.

                          S/Louis James Menendez

                          Louis James Menendez
                          Attorney for Defendant
                          227 7th Street
                          Juneau, Alaska 99801
                          Telephone: 907/ 586-5996
                          FAX: 907/586-2206
                          ljmak@ptialaska.net
                          ABA # 7811118

I certify that a true and
correct copy of the foregoing
was served on David A. Nesbett, Esq.,
counsel of record for
the government, via electronic
service, on the 5 day of May 2006 to
the following location:

Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez
_____
Louis James Menendez