IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER RESCHEDULING** |
| | ) | **DATE OF** |
| JAMES E. VANDEBUNTE, III | ) | **SENTENCING** |
| | ) | |
| Defendant. | ) | Case No. 1:05-cr-0011 (JWS) |
| _____ | ) | |

The above-captioned case had been set on for sentencing to commence on July 26, 2006, at 8:30 a.m., at Anchorage, Alaska, before Judge John W..  This matter is now RESCHEDULED for sentencing on _____, at _____a.m./p.m., at Anchorage, Alaska.

SO ORDERED this _____ day of May 2006, at Anchorage, Alaska.


_____
Chief Judge John W. Sedwick
United states District Court