DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00011-JWS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR ENTRY OF** |
| | ) | **PRELIMINARY ORDER OF** |
| v. | ) | **FORFEITURE** |
| | ) | |
| JAMES E. VANDEBUNTE, III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and hereby requests that this Court enter the Preliminary Order of Forfeiture attached to this motion, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

DATED this 27th day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2006, a true and correct copy of the foregoing REQUEST FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE was served electronically on:

Louis J. Menendez  (Counsel for James E. Vandebunte)

s/James Barkeley