LOUIS JAMES MENENDEZ, ESQ.  (AK S.B. No. 7811118)
Menendez Law Office
227 Seventh Street
Juneau, Alaska 99801
Telephone: 907/586-5996
Facsimile: 907/586-2206


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| UNITED STATES OF AMERICA,) | |
| ) | |
| Plaintiff,      ) | |
| ) | |
| vs.        ) | **NON-OPPOSED MOTION ON** |
| )  | **ON SHORTENED TIME** |
| JAMES E. VANDEBUNTE, III ) | **TO RESHEDULE SENTENCING** |
| ) | |
| Defendant.     ) | Case No. 1:05-cr-0011 (JWS) |
| _____) | |

COMES NOW Louis James Menendez, Esq, on behalf of

the Defendant above-named, and moves on shortened time for this

Court to reschedule sentencing in above-captioned case from August

8, 2006, to any date and time in August, but excluding August 7,

10, 11, to or 18. The basis for this motion is that undersigned

counsel is scheduled to appear at a felony sentencing in Ketchikan

in State of Alaska v. Cody McDonald IKE-04-1085), on August 7,

2006, at 9:00 a.m.  Superior Court Judge Trevor N. Stephens is the

assigned judicial officer. Arranging for a sentencing date that

accommodated the Court and the parties produced some difficulty due

to seriously conflicting calendars.  In agreeing to the scheduling,

undersigned advised the Court that the Vandebunte case was

scheduled for August 8, 2006, at 8:30 a.m. Also, in agreeing to the

scheduling, counsel had not specifically reviewed the flight

schedules for Alaska Airlines between Ketchikan and Anchorage.

Sentencing in the McDonald case will require approximately two hours.

On June 16, 2006, Judge Stephens filed a Notice advising the parties that the Court realized after scheduling the sentencing in the McDonald case, that August 7, 2006, is "children's day" on the court's calendar. That is, that day is the one-day of the month that an Assistant Attorney General travels to Ketchikan for non-emergency Child In Need of Aid proceedings. Judge Stephens advised that the hearings begin at 9:00 a.m. and usually last between one hour and one hour and a half. However, he further advised that it was possible that a case or cases could run longer.

Reviewing Alaska Airline connections for August 7, 2006, between Ketchikan and Anchorage, two options appear to be available for counsel depending on what time counsel can catch the ferry in Ketchikan and get to the Ketchikan airport:  1. After the McDonald sentencing, counsel would travel south from Ketchikan to Seattle, change airplanes in Seattle, then travel north from Seattle to Anchorage, arriving in Anchorage as early as 7:15 p.m. (if counsel can make a 12:59 flight out of Ketchikan for Seattle), or a late as 11:17 p.m., or 12:51 a.m., August 8, 2006, (if counsel takes the next Seattle bound flight out of Ketchikan at 4:15 p.m.).  2. Counsel would travel north from Ketchikan to Anchorage, leaving Ketchikan at 5:22 p.m., making two stops, and arriving in Anchorage at 9:37 p.m.

Either of these two options would get counsel to Anchorage in time for the Vandebunte sentencing, and if the Court so directs, counsel will of course be in Anchorage ready for sentencing on

August 8, 2006, at 8:30 a.m.  That said, the defendant's father and mother are traveling from the mid-west to attend the sentencing. The defendant, who is currently in custody at Lemon Creek Correctional Facility, Juneau, will be transported to Anchorage for sentencing.  Arriving in Anchorage at a late hour is inopportune for a first meeting with the defendant's parents and a final meeting with the defendant before sentencing.  As such, counsel respectfully moves this Court to reschedule the sentencing. David A. Nesbett, the assigned Assistant United States Attorney, and Scott Kelly, the assigned United States Probation Officer, do not oppose this motion on shortened time to reschedule sentencing.

    RESPECTFULLY SUBMITTED at Juneau Alaska, this 11th day Of July 2006.


                                S/Louis James Menendez
                                _____
                                Louis James Menendez
                                Attorney for Defendant
                                227 7th Street
                                Juneau, Alaska 99801
                                Telephone: 907/ 586-5996
                                FAX: 907/586-2206
                                ljmak@ptialaska.net
                                ABA # 7811118




I certify that a true and
correct copy of the foregoing
was served on David A. Nesbett, Esq.,
counsel of record for
the government, via electronic
service, on the 11 day of July 2006 to
the following location:

Office of the United States Attorney
222 W. 7th Avenue
Anchorage, Alaska 99513-7564
Facsimile: 907/271-3224

S/Louis James Menendez

_____
Louis James Menendez