DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-011-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S** |
| vs. | ) | **SENTENCING** |
| | ) | **MEMORANDUM** |
| JAMES VANDEBUNTE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and respectfully submits this Sentencing Memorandum regarding the defendant, JAMES VANDEBUNTE, who is scheduled to be sentenced on August 9, 2006. For the reasons provided below, the government concurs with the

recommendations made by the final presentence report and recommends a sentence of 21 months.

I.   BACKGROUND

On April 4, 2006, the defendant pled guilty to Count 1 of the Indictment charging Mr. Vandebunte with felon in possession of a firearm in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).  The defendant also admitted to Count 2 and the forfeiture of the firearm.  During his plea colloquy, the defendant admitted that in July of 2005, he unlawfully possessed a firearm, which had been transported in interstate commerce, after having previously been convicted of a crime punishable by a term of imprisonment exceeding one year.

II.  SENTENCING CALCULATION

   A.   Statutory Maximum Sentence

The maximum sentence for a person convicted of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) that may be imposed is ten (10) years imprisonment, a $250,000 fine, three years of supervised release, and a $100 special assessment.

   B.   Sentencing Guidelines Calculation

As noted in the Addendum to the Presentence Report ("PSR"), neither Vandebunte nor the United States had any objections to the PSR.  The guideline

imprisonment range is 21 to 27 months.

III.   GOVERNMENT'S SENTENCING RECOMMENDATION

The government respectfully recommends that the court impose a sentence at the low-end of the sentencing guideline range of 21-27 months.  In an effort to facilitate interagency cooperation as part of the Project Safe Neighborhoods program, the firearm charges were handled in federal court and the concurrent controlled substance charges remained within the state's jurisdiction.  Had Mr. Vandebunte been convicted of the drug charges in federal court, he could potentially have been subjected to substantially more time in jail than he is currently facing due to the relatively large amount of drugs found in his residence. The sentence contemplated here for his federal firearms charges was considered at the outset in conjunction with the pending state drug charges.  A sentence of 21 months is thus appropriate to serve the goals of Congress not only as regards the sentencing factors, but also as regards the overall objective of the Project Safe Neighborhoods program.

Based on the foregoing, when considering the sentencing factors in 18 U.S.C. § 3553, a sentence at the low end of the sentencing range of 21-27 months is appropriate.  Such a sentence would recognize the seriousness of defendant's

offense conduct, afford adequate deterrence to future criminal conduct and, meanwhile, protect the public from further crimes of the defendant.

The government recommends that the defendant be sentenced as follows:

(1)  **21 months in custody**;

(2)  **A minimal fine is requested** due to the defendant's ability to pay;

(4)  **A three (3) year period of supervised release,** and

(5)  **A special assessment in the amount of $100.00** is, of course, required.

RESPECTFULLY SUBMITTED this 3rd day of August, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ David A. Nesbett
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-6306
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov
Alaska Bar # 9811075

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2006, a copy of the foregoing Government's Sentencing Memorandum was served electronically on LOUIS MENENDEZ.

s/ David A. Nesbett